[No. 21133-1-I. Division One. December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN FORREST, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00101-9, Marshall Forrest, J., entered September 14, 1987. *Affirmed* by unpublished

opinion per Swanson, J., concurred in by Coleman, A.C.J., and Williams, J.